

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 2:22CR 00011 BSM |
| | ) | |
| v. | ) | 18 U.S.C. §§ 922(o) & 924(a)(2) |
| | ) | 18 U.S.C. §§ 924(c)(1)(A) & 924(c)(1)(B)(ii) |
| FREDDIE D. GLADNEY, III | ) | 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(D) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT 1

On or about April 14, 2022, in the Eastern District of Arkansas, the defendant,

FREDDIE D. GLADNEY, III,

knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D).

### COUNT 2

On or about April 14, 2022, in the Eastern District of Arkansas, the defendant,

FREDDIE D. GLADNEY, III,

knowingly possessed a machinegun, that is: any part designed and intended solely and exclusively, and combination of parts designed and intended, for use in converting a weapon into a machinegun.

All in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

1

## COUNT 3

On or about April 14, 2022, in the Eastern District of Arkansas, the defendant,

FREDDIE D. GLADNEY, III,

knowingly and intentionally possessed one or more of the following firearms:

1. a Romarm/Cugir, model Micro Draco, 7.62x39mm, pistol, bearing serial number ROA 22 PMD-28522;

2. a Polymer80, model PF940C, 9mm, privately-made firearm, bearing no serial number; and

3. a machinegun, that is: any part designed and intended solely and exclusively, and combination of parts designed and intended, for use in converting a weapon into a machinegun,

in furtherance of a drug trafficking crime prosecutable in a court of the United States, that is: a violation of Title 21, United States Code, Section 841(a)(1), as set forth in Count 1 of this Indictment.

All in violation of Title 18, United States Code, Sections 924(c)(1)(A) and 924(c)(1)(B)(ii).

## FORFEITURE ALLEGATION 1

Upon conviction of Count 1 of this Indictment, the defendant, FREDDIE D. GLADNEY, III, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(1), all property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as a result of the offense.

## **FORFEITURE ALLEGATION 2**

Upon conviction of Counts 1 of this Indictment, the defendant, FREDDIE D. GLADNEY, III, shall forfeit to the United States, under Title 21, United States Code, Section 853(a)(2), all of the person's property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense.

## **FORFEITURE ALLEGATION 3**

Upon conviction of Counts 1, 2, or 3 of this Indictment, the defendant, FREDDIE D. GLADNEY, III, shall forfeit to the United States, under Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853, and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of the offense.

[END OF TEXT.  SIGNATURE PAGE ATTACHED.]